**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **Fred Quero,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Louis DeJoy,** *et al.***,**<br><br>    Defendants. | **CIVIL NO. 23-1311 (RAM)** |

# O R D E R

A settlement conference is set for **May 10, 2024, at 3:00 p.m.** (by VTC).

During the conference, the parties are ordered to have available in-person or by telephone a non-attorney client representative with full settlement authority.

In order to facilitate settlement, the plaintiff shall serve a written settlement demand to the defendants by not later than **April 24, 2024.** The defendants shall serve plaintiff with a written response - accepting the demand, rejecting it, or making a counter-offer - by not later than **May 1, 2024**. The parties shall NOT file their settlement demands or counter-offers with the court. Counsel for the parties shall confer the week of **May 6, 2024,** to try to reach settlement before the scheduled conference.

Motions to reschedule the conference will not be considered unless the moving counsel first contacts all other attorneys and certifies at least three proposed alternative days when all parties will be available. Failure to strictly comply with this order, or to negotiate settlement in good faith, may be grounds for sanctions pursuant to Fed. R. Civ. P. 16(f).

**IT IS SO ORDERED**.

In San Juan, Puerto Rico this 4th day of March, 2024.

                                                *s/Bruce J. McGiverin*
                                                BRUCE J. McGIVERIN
                                                United States Magistrate Judge