IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

MAGISTRATE JUDGE BRUCE J. McGIVERIN    DATE: June 18, 2024

Civil No.: 23-1311 (RAM)

---

|  | Attorneys: |
|---|---|
| *Fred Quero* | Marcos Valls-Sanchez |
| Plaintiff, |  |
| v. |  |
| *Louis DeJoy; United States of America* | Lisa E. Bhatia-Gautier |
| Defendants. |  |

---

Settlement conference was held. (3:07 p.m. – 3:20 p.m.)

Defendants will provide an answer to Plaintiff's settlement demand by July 3, 2024. The parties shall file a joint informative motion to inform the status of settlement by July 10, 2024. If the parties believe that an additional settlement conference would be useful, they may request one at such time.

<u>s/Bruce J. McGiverin</u>
Bruce J. McGiverin
U.S. Magistrate Judge