**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Fred Quero<br><br>    Plaintiff<br><br>    v.<br><br>Louis DeJoy, et al<br><br>    Defendants | Civil No. 23-1311 (RAM) |

**JUDGMENT**

On July 23, 2024, Plaintiff filed a Motion for Voluntary Dismissal with Prejudice (Docket No. 32). In accordance with the Order entered today (Docket No. 36), judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety. The Court will retain jurisdiction for enforcement purposes.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this 24th day of July 2024.

s/Raúl M. Arias-Marxuach
RAÚL M. ARIAS-MARXUACH
UNITED STATES DISTRICT JUDGE